```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18867
   RICKEY GRAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4504

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/23/2008 and was not confirmed.

     The case was dismissed without confirmation 11/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
US CELLULAR                UNSECURED       NOT FILED            .00            .00
AMERICAN GENERAL           UNSECURED       NOT FILED            .00            .00
AMEX                       UNSECURED       NOT FILED            .00            .00
ANTHONY M VACCARELLO       NOTICE ONLY     NOT FILED            .00            .00
PRA RECEIVABLES MGMT       UNSECURED        14728.11            .00            .00
CACV COLORADO LLC          UNSECURED       NOT FILED            .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED            .00            .00
ILLINOIS DEPT OF HEALTHC   UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
SOLOMON GRINDLE ET AL      NOTICE ONLY     NOT FILED            .00            .00
TRIAD FINANCIAL CORP       UNSECURED         2632.32            .00            .00
TRIBUTE                    UNSECURED       NOT FILED            .00            .00
REGAL TIME RESOLUTIONS     CURRENT MORTG         .00            .00            .00
REGAL TIME RESOLUTIONS     MORTGAGE ARRE     7000.00            .00            .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC    11771.42            .00         885.03
US BANK NATIONAL ASSOCIA   CURRENT MORTG         .00            .00            .00
US BANK NATIONAL ASSOCIA   MORTGAGE ARRE    20000.00            .00            .00
CARRINGTON COURTS CONDO    CURRENT MORTG         .00            .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED            .00            .00
ASSOC AREA COUNSEL         NOTICE ONLY     NOT FILED            .00            .00
D PATRICK MULLARKEY        NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED            .00            .00
US ATTORNEYS OFFICE        NOTICE ONLY     NOT FILED            .00            .00
ANNIE BRITT                NOTICE ONLY     NOT FILED            .00            .00
US BANK NATIONAL ASSOCIA   MORTGAGE NOTI   NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          2694.00            .00            .00
KONSTANTINE T SPARAGIS     DEBTOR ATTY       2,929.00                     2,929.00
TOM VAUGHN                 TRUSTEE                                          301.46
DEBTOR REFUND              REFUND                                             9.51

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18867 RICKEY GRAY
```

```
TRUSTEE                                          4,125.00

PRIORITY                                                              .00
SECURED                                                            885.03
UNSECURED                                                             .00
ADMINISTRATIVE                                                    2,929.00
TRUSTEE COMPENSATION                                               301.46
DEBTOR REFUND                                                        9.51
                                            ---------------   ---------------
TOTALS                                           4,125.00          4,125.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
Dated: 02/24/09                          _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```

                                        PAGE   2
              CASE NO. 08 B 18867 RICKEY GRAY